**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1873

BRIAN R. DELLA ROCCA,

Plaintiff - Appellant,

v.

SUSAN C. LEE, in her official capacity as the Maryland Secretary of State; MICHAEL G. SUMMERS, in his official capacity as The Chairman of the Maryland State Board of Elections; DAVID STEINER, in his official capacity as the Postmaster General of the United States,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George L. Russell, III, Chief District Judge.  (8:24-cv-03486-GLR)

Submitted:  April 23, 2026                                    Decided:  April 27, 2026

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Laurin H. Mills, R. Clark Fonda, Jr., WERTHER & MILLS, LLC, Alexandria, Virginia, for Appellant.  Kelly O. Hayes, United States Attorney, Kelly M. Marzullo, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee Postmaster General of the United States Postal Service.  Anthony G. Brown, Attorney General, Daniel Kobrin, Assistant Attorney General, Baltimore, Maryland, Josaphine B. Yuzuik, Assistant Attorney General, OFFICE

OF THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland, for State Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian R. Della Rocca appeals the district court's order granting Defendants' motion to dismiss Della Rocca's complaint alleging violations of his federal constitutional rights, as well as Della Rocca's rights under Maryland election laws. We have reviewed the record and find no reversible error. *See, e.g.*, *Md. Election Integrity, LLC v. Md. State Bd. of Elections*, 127 F.4th 534, 538 (4th Cir. 2025) ("To establish injury in fact, a plaintiff must show that he . . . suffered an invasion of a legally protected interest that is concrete and particularized and actual or imminent, not conjectural or hypothetical." (internal quotation marks omitted)). Accordingly, we affirm the district court's order. *Della Rocca v. Lee*, No. 8:24-cv-03486-GLR (D. Md. July 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*